STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS SILVER ET AL., PLAINTIFFS IN ERROR.

Submitted November 7, 1924—Decided January 19, 1925.

On error to the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 479.

For the defendant in error, *John O. Bigelow.*

For the plaintiffs in error, *John W. McGeehan, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   12.

*For reversal*—None.